# FILED

06/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0230

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0230

DEPOSITORS INSURANCE COMPANY,

      Plaintiff and Appellee

and SARA THARP,

      Plaintiff and Cross-Appellant,

    v.

PATRICK SANDIDGE,

      Defendant and Appellant.

        SECOND ORDER
    OF MEDIATOR APPOINTMENT

David L. Nielsen, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, Mr. Nielsen's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **David C. Dalthorp, 203 N. Ewing Street, Helena MT 59601, [nielsen48@hotmail.com](mailto:nielsen48@hotmail.com),** whose name appears next on the list of attorneys desiring appointment as mediators for money judgment appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 30th day of June, 2021.

          _____
        Bowen Greenwood, Clerk of the Supreme Court

c:    Brian James Miller, P.O. Bo9x 557, Helena, MT 59624, [bmiller@mswdlaw.com](mailto:bmiller@mswdlaw.com)
      Robyn L. Weber, 221 5th Avenue, Helena, MT 59601, [robyn@weberlawhelena.com](mailto:robyn@weberlawhelena.com)
      David C. Dalthorp, see address above
      David L. Nielsen, [nielsen48@hotmail.com](mailto:nielsen48@hotmail.com)